**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JEAN ANGLIN; and GENE ANGLIN,

        Plaintiffs,

       v.

BI LO, LLC d/b/a WINN DIXIE STORE
NUMBER 19; ASSA ABLOY ENTRANCE
SYSTEMS US INC.; and STANLEY
ACCESS TECHNOLOGIES, LLC,

        Defendants.

CIVIL ACTION NO.: 2:21-cv-14

## <u>O R D E R</u>

The Court issued a Second Amended Scheduling Order on May 10, 2022, and set the telephonic status conference for June 16, 2022.  Doc. 56.  However, Gerald Ryan, counsel for Defendant BI LO, LLC, is currently scheduled to be on leave on June 16, 2022.  Doc. 44.  Thus, the Court amends the May 10, 2022 Order only to re-schedule the telephonic status conference for Tuesday, June 28, 2022, at 10:00 a.m.[1]  All other deadlines and instructions in the Court's Order remain in full force and effect.  Doc. 56 at 2 (citing Docs. 13, 21).

**SO ORDERED**, this 12th day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]    This Order should not be docketed as an Amended Scheduling Order, as the Court's May 10, 2022 Order is not being amended or altered in any material way.