AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEAN ANGLIN, Plaintiff,
GENE ANGLIN, Intervenor Plaintiff,
v.
BI LO, LLC d/b/a Winn Dixie Store Number 19;
ASSA ABLOY ENTRANCE SYSTEMS US INC.; and
STANLEY ACCESS TECHNOLIGIES, LLC,
    Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:21-cv-14

BI LO, LLC,
    Cross Claimant,
v.
ASSA ABLOY ENTRANCE SYSTEMS US INC.; and
STANLEY ACCESS TECHNOLOGIES, LLC,
    Cross Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 1, 2022, Defendants' motions for summary judgment are granted in their entirety. Additionally, Defendant Stanley Access Technologies, LLC's motion for summary judgment on the crossclaim is denied as moot. There being no claims remaining, this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: November 2, 2-22

John E. Triplett, Clerk of Court

(By) Deputy Clerk

GAS Rev 10/2020