IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JEAN ANGLIN, GENE ANGLIN, | * | |
| Plaintiffs, | * | |
| vs. | * | CIVIL ACTION NUMBER |
| | * | 2:21-CV-00014 |
| BI LO, LLC d/b/a WINN DIXIE STORE NUMBER 19; ASSA ABLOY ENTRANCE SYSTEMS US INC.; and STANLEY ACCESS TECHNOLOGIES, LLC., | * | |
| Defendants, | * | |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs herein hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the Honorable Lisa G. Wood, dated November 1, 2022, which granted Summary Judgment to the Defendants, and the Judgment entered thereon on November 2, 2022.

This the 21st day of November, 2022.

s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
E-mail: WDAdams@WDALaw.biz

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JEAN ANGLIN, GENE ANGLIN, * <br> * <br> Plaintiffs, * <br> * <br> vs. * <br> * <br> BI LO, LLC d/b/a WINN * <br> DIXIE STORE NUMBER 19; * <br> ASSA ABLOY ENTRANCE * <br> SYSTEMS US INC.; and * <br> STANLEY ACCESS * <br> TECHNOLOGIES, LLC., * <br> * <br> Defendants, * | CIVIL ACTION NUMBER <br> 2:21-CV-00014 |

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 21st day of November, 2022.

/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz